1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

TCF INVENTORY FINANCE, INC.,

10

                             Plaintiff,

11

    v.

12

SEATTLE HOME APPLIANCE, LLC,
THOMAS HENRY BEARDSLEE and

13

SHELLY MAE GILLOTT BEARDSLEE,

14

                        Defendants.

No. 2:17-cv-124-RAJ

[~~PROPOSED~~] ORDER TO APPEAR
AND SHOW CAUSE WHY PLAINTIFF
SHOULD NOT BE GRANTED
IMMEDIATE POSSESSION OF
COLLATERAL

15

16

To:    Seattle Home Appliance, LLC
          c/o Registered Agent: Tom Beardslee
          5049 S. Tacoma Way

17

          Tacoma, Washington 98409

18

      THIS MATTER came before the Court on Plaintiff's Ex Parte Motion for Order to

19

Appear and Show Cause Why Plaintiff Should Not Be Granted Immediate Possession of

20

Collateral (the "Motion").  Dkt. # 3.  The Court **GRANTS** this motion.

21

      The Court reviewed the pleadings filed herein, including the Motion, the Complaint for

22

Breach of Contract, Breach of Guaranty and Replevin (the "Complaint"), and the Declaration of

23

Kristi Tarlin in support of Plaintiff's Motion for Order Granting Plaintiff Immediate Possession

24

of Collateral (the "Tarlin Declaration").

25

      Having been fully advised, the Court finds and concludes that Plaintiff alleged in the

26

Complaint a claim against defendant Seattle Home Appliances, LLC for replevin under Chapter

[~~PROPOSED~~] ORDER TO APPEAR AND SHOW CAUSE WHY
PLAINTIFF SHOULD NOT BE GRANTED IMMEDIATE
POSSESSION OF COLLATERAL - 1
Case No. 2:17-cv-124

51582051.1

1  7.64 RCW, Plaintiff is entitled under RCW 7.64.010 to claim and obtain immediate delivery of

2  the Subject Collateral after a hearing, Plaintiff is entitled under RCW 7.64.020 to apply to this

3  Court for an order directing Seattle Home Appliances, LLC to appear and show cause why an

4  order putting Plaintiff in immediate possession of the Subject Collateral should not be issued,

5  and the Tarlin Declaration satisfies the requirements of RCW 7.64.020(2). Now, therefore,

6       **IT IS HEREBY ORDERED** that:

7       A hearing will be held on Plaintiff's Motion for Order Granting Immediate Possession of

8  Collateral on **Friday, February 24, 2017** at **10:00 a.m.** before the Honorable Richard A. Jones

9  in the United States District Court for the Western District of Washington, 700 Stewart Street,

10  Courtroom 13A, Seattle, Washington 98101.  Seattle Home Appliance, LLC must appear at the

11  hearing and show cause why this Court should not enter an order granting Plaintiff immediate

12  possession of the Subject Collateral as described in the Complaint, Motion and Tarlin

13  Declaration.

14       UPON THE FAILURE OF DEFENDANTS TO APPEAR and show cause on the date

15  and time specified by this Order, the Court will grant the relief requested by Plaintiff in its

16  Motion for Order Granting Plaintiff Immediate Possession of Collateral.  If an order awarding

17  possession to Plaintiff pursuant to RCW 7.64.035(1) is issued, failure to turn over possession of

18  the Subject Collateral to the United States Marshal may subject Seattle Home Appliances, LLC

19  to being held in contempt of court.

20       Plaintiff must serve a certified copy of this Order along with Plaintiff's underlying brief

21  and declaration on Defendants **no later than five (5) days before the hearing**.  RCW

22  7.64.020(4).

23       DATED this 10th day of February, 2017.

24
_____
The Honorable Richard A. Jones
25  United States District Judge

26

[PROPOSED] ORDER TO APPEAR AND SHOW CAUSE WHY
PLAINTIFF SHOULD NOT BE GRANTED IMMEDIATE
POSSESSION OF COLLATERAL - 2
Case No. 2:17-cv-124

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51582051.1