UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TCF INVENTORY FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE HOME APPLIANCE, LLC, THOMAS HENRY BEARDSLEE and SHELLY MAE GILLOTT BEARDSLEE, <br><br> Defendants. | No. 2:17-cv-124 <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER GRANTING PLAINTIFF IMMEDIATE POSSESSION OF COLLATERAL |

THIS MATTER came before the Court on TCF Inventory Finance, Inc.'s ("Plaintiff") Motion for Order Granting Plaintiff Immediate Possession of Collateral (the "Motion").

The Court reviewed the pleadings filed herein, including the Motion and the Declaration of Kristi Tarlin filed in support of the Motion (the "Tarlin Declaration"), and conducted a show cause hearing as required under Chapter 7.64 RCW.

Having been fully advised, the Court finds and concludes that:

1.  Plaintiff's interest in the below-described property (the "Subject Collateral") is superior to the interest of defendant Seattle Home Appliance, LLC in the Subject Collateral, and Plaintiff has established the right to obtain possession of the Subject Collateral pending final disposition of this case:

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER GRANTING PLAINTIFF IMMEDIATE POSSESSION OF COLLATERAL - 1
Case No. 2:17-cv-124

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51588177.1

All inventory with brand names of Electrolux, GE, Tristate, Frigidaire, Broan, Monogram, Danby, Speed Queen, NXR, Crosley, and Hotpoint, along with all documents that evidence ownership and/or maintenance.

2. A bond in the amount of $1,000.00 is appropriate pursuant to RCW 7.64.035(1)(b). ~~ ~~

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. Plaintiff is granted immediate possession of the Subject Collateral pending final disposition of this case.

3. The United States Marshal of the Western District of Washington, or any other district in which the Subject Collateral may be located, shall promptly take possession of the Subject Collateral (described as all inventory with brand names of Electrolux, GE, Tristate, Frigidaire, Broan, Monogram, Danby, Speed Queen, NXR, Crosley, and Hotpoint, along with all documents that evidence ownership and/or maintenance) from Seattle Home Appliance, LLC at any of the following locations: 18811 Bothell Way, Northeast, Suite 201, Bothell, WA 98011; 5049 South Tacoma Way, Tacoma, WA 98409; 18815 Aurora Avenue North, Shoreline, WA 98133; 18120 Bothell Way, Bothell, WA 98011, or wherever else the Subject Collateral may be located, using whatever force as is reasonably necessary to effectuate this Order and deliver over the Subject Collateral to Plaintiff, including without limitation breaking and entering a building or enclosure to obtain possession of the Subject Collateral if it is concealed in the building or enclosure.

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER GRANTING PLAINTIFF IMMEDIATE POSSESSION OF COLLATERAL - 2
Case No. 2:17-cv-124

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

51588177.1

1    **PLEASE TAKE NOTICE** that failure of Seattle Home Appliance, LLC to turn over
2    possession of the Subject Collateral to the United States Marshal may subject it to being
3    held in contempt of Court upon application to the Court by Plaintiff without further notice.

DATED this 24th day of February, 2017

_____
United States District Court Judge/ ~~Magistrate Judge~~

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ORDER GRANTING PLAINTIFF IMMEDIATE POSSESSION OF
COLLATERAL - 3
Case No. 2:17-cv-124

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

51588177.1