UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TCF INVENTORY FINANCE, INC., | ) |
| Plaintiff, | ) No. 2:17-cv-124-RAJ |
| v. | ) [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS |
| SEATTLE HOME APPLIANCE, LLC, THOMAS HENRY BEARDSLEE, and SHELLY MAE GILLOTT BEARDSLEE, | ) |
| Defendants. | ) |

The Court, having reviewed Plaintiff TCF Inventory Finance, Inc.'s Motion for Entry of Default Judgment against Defendants, finds that no material facts are in dispute and that TCF Inventory Finance, Inc. is entitled to a default judgment against Seattle Home Appliance, LLC, Thomas Henry Beardslee and Shelly Mae Gillott Beardslee.

The Court has reviewed the matter and expressly finds that there is no just reason for delay in that default has been entered against the Defendants and the damages are clear. Pursuant to Federal Rule of Civil Procedure 59(e), any motion to alter or amend this judgment must be brought

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT AGAINST DEFENDANTS - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

within 28 days hereof, and the Court will not grant an extension of this time. Accordingly, the Court will enter judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of TCF Inventory Finance, Inc. and against Defendants Seattle Home Appliance, LLC, Thomas Henry Beardslee and Shelly Mae Gillott Beardslee, jointly and severally, in the amount of $515,731.77, representing a balance due of $492,365.61 as of February 28, 2017, with costs to be taxed against Defendants, plus attorneys' fees and costs in the amount of $23,366.16.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that TCF Inventory Finance, Inc. is entitled to a judgment in replevin for possession of its Subject Collateral (as described in the Complaint, all inventory with brand names of Electrolux, GE, Tristate, Frigidaire, Broan, Monogram, Danby, Speed Queen, NXR, Crosley, and Hotpoint, along with all documents that evidence ownership and/or maintenance), and that Defendants have no rights to said Subject Collateral.

Dated this 19th day of May, 2017

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT AGAINST DEFENDANTS - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700